**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>DIANGELO JOHNSON,<br><br>                              Defendant. | Case Nos.  12-cr-00623-BAS-1<br>                   17-cr-01213-BAS-1<br><br>**ORDER DENYING MOTION TO MODIFY OR CHANGE SENTENCE**<br><br>**(ECF No. 204 in No. 12-cr-0623)**<br>**(ECF No. 91 in No. 17-cr-1213)** |

Presently before the Court is Defendant DiAngelo Johnson's Motion to Modify or Change Sentence, which has been filed in both of Defendant's cases.  Defendant asks the Court to change his sentence so that he may serve the last two months in a halfway house, instead of a prison.  (Mot.)  In a prior ruling, this Court denied Defendant's request to serve the final six months of his sentence in a halfway house.  For the same reasons, the Court must deny Defendant's follow-up request.

As noted in the prior order, a court generally "may not modify a term of imprisonment once it has been imposed."  18 U.S.C. § 3582(c); *see also Dillon v. United States*, 560 U.S. 817, 825–26 (2010).  A narrow exception, compassionate release, allows a court to reduce a sentence for "extraordinary and compelling reasons."  18 U.S.C. § 3582(c)(1)(A)(i).  Defendant provides no such reasons for the Court to reduce his sentence.

- 1 -

As for Defendant's request to be placed in a halfway house, he must direct this request to the Bureau of Prisons. "While a [district court] judge has wide discretion in determining the length and type of sentence, the court has no jurisdiction to select the place where the sentence will be served. Authority to determine place of confinement resides in the executive branch of government and is delegated to the Bureau of Prisons." *United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011) (quoting *United States v. Dragna*, 746 F.2d 457, 458 (9th Cir. 1984) (per curiam)).

Accordingly, for the same reasons as provided in the prior order, the Court **DENIES** Defendant's Motion to Modify or Change Sentence, which is ECF No. 204 in Case No. 12-cr-0623 and ECF No. 91 in Case No. 17-cr-1213.

**IT IS SO ORDERED.**

**DATED: April 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

12cr0623 / 17cr1213